UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
ALBERT H. ROBERTS,                  :
                                    :      Civ. No. 11-1793 (RMB) (AMD)
            Plaintiff,              :
                                    :
     v.                             :      **ORDER**
                                    :
KAREN BALICKI, et al.,              :
                                    :
            Defendants.             :
_____:

   For the reasons set forth in the Court's Opinion filed herewith,

   IT IS on this 26th, day of July, 2013,

   ORDERED that Defendants William Gandy, Todd Horan, Miguel Lago, Terrance McCoy, Roger Hogan, Richard Yacovelli and Timothy Volov's motion for summary judgment (Dkt. No. 85.) is GRANTED.


                                           S/RENÉE MARIE BUMB_____
                                           RENÉE MARIE BUMB, U.S.D.J.

1