```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

```
_____
ALBERT H. ROBERTS,              :
                                :   Civ. No. 11-1793 (RMB) (AMD)
           Plaintiff,           :
                                :
     v.                         :   ORDER
                                :
KAREN BALICKI, et al.,          :
                                :
           Defendants.          :
_____ :
```

For the reasons set forth in the Court's Opinion filed herewith,

IT IS on this 26th, day of July, 2013,

ORDERED that Defendants William Gandy, Todd Horan, Miguel Lago, Terrance McCoy, Roger Hogan, Richard Yacovelli and Timothy Volov's motion for summary judgment (Dkt. No. 85.) is GRANTED.

```
                              S/RENÉE MARIE BUMB_____
                              RENÉE MARIE BUMB, U.S.D.J.
```